# Court of Appeals
# of the State of Georgia

ATLANTA,  May 05, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0108. LATALLADI v. FREEDOM MORTGAGE CORPORATION et al.**

Upon consideration of the "Emergency Petition of Writ of Mandamus," the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  05/05/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*